# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN  DIVISION

| | | |
|---|---|---|
| ANTOINETTE S. AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | No.  C06-2073-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| DEPUTY OLIVER, DEPUTY HOOK, | ) | IN A CIVIL CASE |
| NURSE BILLY JO, NURSE DARCY, | ) | |
| BLACK HAWK COUNTY SHERIFF, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court.  The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Antoinette S. Austin, take nothing and this complaint is dismissed as frivolous or for failing to state a claim upon which relief can be granted.


Dated: April 23, 2007                    PRIDGEN J. WATKINS
                                         Clerk

                                         /s/ des
                                         (By) Deputy Clerk


A copy of this document has been
mailed/faxed to all counsel of record, pro
se parties and others listed and not shown
as having been served electronically
under the cm/ecf system:

by:  /s/ des   4/23/07